No. 24,972.

*In re* EUNA HOLLOWELL, *Petitioner.*

Original proceeding in habeas corpus. Opinion 'filed May 26, 1923. Writ conditionally allowed.

*Thomas Harley,* of Lawrence, and *J. W. Ward,* of Wichita, for the petitioner.

*Charles B. Griffith,* attorney-general, *John F. Rhodes,* assistant attorney-general, *Robert C. Foulston,* and *George Siefkin,* both of Wichita, for the respondent.

The opinion of the court was delivered by

MASON, J.: This case was submitted with *In re Mary Irby, Petitioner,* for a writ of habeas corpus, with which it is in all respects similar, and the same order will be made.

HARVEY, J., dissenting.

---

(Filed June 9, 1923.)

The health officer having upon May 29, 1923, filed in this court a certificate that upon due consideration of the petitioner's application on its merits he had concluded that the interests of the public required its denial, the application for a writ is denied.